

# NUMBER 13-24-00254-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

| | |
|---|---|
| PERMIAN BASIN WATER RESOURCES, LLC, | Appellant, |
| v. | |
| LONGINO PUBLIC FINANCE, LLC, | Appellee. |

## ON APPEAL FROM THE 153RD DISTRICT COURT
## OF TARRANT COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Tijerina and Peña
Memorandum Opinion by Chief Justice Contreras**

This cause is before the Court on an agreed motion to dismiss the appeal.[1] The

parties have resolved the issues in this appeal and request the trial court's judgment be

---

[1] This case is before the Court on transfer from the Second Court of Appeals pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001.

set aside and the cause remanded to the trial court for rendition of judgment in accordance with the parties' agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B).

Upon consideration of the agreed motion, we grant the agreed motion, vacate the trial court's order dated March 15, 2024, and remand the appeal for rendition of judgment in accordance with the parties' agreement. *See id*. Additionally, costs are taxed against appellant. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained.

DORI CONTRERAS
Chief Justice

Delivered and filed on the
15th day of August, 2024.

2